COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     David Garza v. The State of Texas

Appellate case number:   01-12-00206-CR

Trial court case number: 1297051

Trial court:             232nd District Court of Harris County, Texas

Appellant's court-appointed counsel, Patti Sedita, has filed a motion asking the Court to clarify why it denied her motion to withdraw as attorney in the above-referenced appeal on August 3, 2012. The motion for clarification is GRANTED. As stated in the August 3 order, the motion to withdraw as counsel did not comply with the requirements of Texas Rule of Appellate Procedure 6.5. Specifically, the motion did not comply with (1) subsection (a) of rule 6.5, which requires counsel to state "that the [appellant] was notified in writing of the right to object to the motion"; and (2) subsection (b) of rule 6.5, which provides that the "motion must be delivered to [appellant] in person or mailed—*both by certified and by first-class mail*—to the party at the party's last known address. *See* TEX. R. APP. P. 6.5(a), (b) (emphasis added).

The Court orders Patti Sedita to file a motion that complies with the Rules of Appellate Procedure within 7 days of the date of this order. *See* TEX. R. APP. P. 6.5, 9, 10. Although the deadline for filing a pro se response to the *Anders* brief filed in this appeal has already passed, appellant may object to counsel's withdrawal on or before 20 days from the date of this order. *Cf.* TEX. R. APP. P. 38.6(d).

It is so ORDERED.

Judge's signature: /s/ Justice Jim Sharp
                   ☑ Acting individually     ☐ Acting for the Court

Date: October 10, 2013